## THE BEECHE DENE.

### J. T. LUNN CO., Limited, et al. v. CAMERON et al.

(Circuit Court of Appeals, Fifth Circuit. January 16, 1893.)

### No. 42.

SHIPPING—INJURIES TO GOODS—LIABILITY—EVIDENCE.

Where the fact of damage to goods on the voyage, and the extent of such damage, are shown, the burden is on the carrier to show that it was occasioned either by inherent defects in the goods or by sweat of the ship, and hence within the exceptions of the bill of lading.

Appeal from the District Court of the United States for the Eastern District of Louisiana.

In Admiralty. Libel by William Cameron and J. W. Castles, trading as Cameron & Castles, against the steamship Beeche Dene, her tackle, etc., (the J. T. Lunn Company, Limited, claimant,) for damages to a cargo of sugar. The vessel was released on claimant's bond. Richard Milliken, surety. The district court entered a decree for libelants, from which the claimant and its surety appealed. Affirmed.

Joseph P. Hornor and Guy M. Hornor, for appellants.
Richard De Gray, for appellees.

Before PARDEE and McCORMICK, Circuit Judges, and LOCKE, District Judge.

McCORMICK, Circuit Judge. The appellants claim that the damage to the cargo was occasioned either by inherent defects in the goods or by sweat of the ship, and within the exceptions in the

bill of lading. The burden of proof was on them to show this, as the fact of damage and its extent were fully shown. A careful examination and consideration of the proof fails to satisfy us that such was the case, and our conclusion, therefore, is that the judgment of the district court should be affirmed at appellants' cost, and it is so ordered.